UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN VELASQUEZ,

                    Plaintiff,                    22-cv-8361 (JGK)

          - against -                             ORDER

GAMETABLES4LESS, LLC

                    Defendant.

---

JOHN G. KOELTL, District Judge:

   The time for the plaintiff to serve the summons and complaint is extended to **February 6, 2023.** If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for February 15, 2023, is canceled.

SO ORDERED.

Dated:     New York, New York
           January 6, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge