```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BRYAN VELASQUEZ,

                Plaintiff,

    - against -

GAMETABLES4LESS, LLC

                Defendant.

22-cv-8361 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint, on September 30, 2022, to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). After that deadline elapsed without any service on the defendant, this Court extended the time for the plaintiff to serve the summons and complaint to February 6, 2023. ECF No. 5. In that Order, the Court advised the plaintiff that failure to serve by February 6, 2023 would result in dismissal without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

    To date, the plaintiff has failed to serve the summons and complaint on the defendant. Accordingly, the action is **dismissed without prejudice** for failure to prosecute. The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
            February 14, 2023

                                                John G. Koeltl
                                       United States District Judge